*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**James R. PIERSOL**
Aviation Electronics Technician Airman (E-3), U.S. Navy
*Appellant*

**No. 202200028**

———————————

Decided: 27 July 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Rachel E. Trest

Sentence adjudged 19 October 2021 by a special court-martial convened at Naval Air Station Jacksonville, Forida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 120 days,[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

---

[1] The Appellant was credited with 84 days of pretrial confinement credit.

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.